UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARLOS CARMICHAEL,

        Plaintiff,

v.

        Case No. 12-cv-13594
        Honorable Gershwin A. Drain

CORRECTIONAL MEDICAL SERVICES,
*et al.*,

        Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION [#13]

This matter was reassigned to this Court pursuant to Administrative Order 12-AO-018 on December 4, 2012. *See* Dkt. No. 7. On July 31, 2014, the Court referred the matter to Magistrate Judge Paul J. Komives. *See* Dkt. No 10. This matter was reassigned to Magistrate Judge Anthony P. Patti pursuant to Administrative Order 15-AO-010.

On February 12, 2015, Magistrate Judge Patti issued a Report and Recommendation to *Sua Sponte* Dismiss Claims Against Mark Snyder Pursuant to 28 U.S.C. § 1915. *See* Dkt. No. 13. No objections have been filed, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Patti's February 17, 2015 Report and Recommendation [#13] as this Court's findings of fact and conclusions of law.

-2-

The claims against Defendant Mark Snyder pursuant to 28 U.S.C. § 1915 are **HEREBY DISMISSED** for failure to state a claim upon which relief may be granted.

SO ORDERED.

Dated: March 18, 2015

/s/Gershwin A Drain
Hon. Gershwin A. Drain
United States District Court Judge