UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARLOS CARMICHAEL,

       Plaintiff,

v.

       Case No. 4:12-cv-13594
       District Judge Gershwin A. Drain
       Magistrate Judge Anthony P. Patti

CORRECTIONAL MEDICAL
SERVICES, *et al.*,

       Defendants.

_____/

## ORDER TO PROVIDE THE CORRECT ADDRESS FOR DEFENDANT CORRECTIONAL MEDICAL SERVICES

### I.   Background

Plaintiff, Karlos Carmichael, a state prisoner who is proceeding without the assistance of counsel, filed his Complaint and Application to Proceed Without Prepayment of Fees on August 14, 2012. (DE 1, 2.) His complaint named 54 Defendants, alleging that each played a role in denying him appropriate medical treatment for an injured knee, which resulted in permanent knee damage. The Court granted Plaintiff's application on September 10, 2012. (DE 3.)

On September 13, 2012, the Court performed a screen under 28 U.S.C. § 1915(e)(2)(b) and concluded that Plaintiff failed to satisfy the minimum pleading requirements as to all named Defendants except Correctional Medical Services

("CMS"), George Kuzma, and Mark Snyder.[1]  (DE 5.)  The Court therefore dismissed 51 of the 54 named Defendants and directed the U.S. Marshals Service to serve the remaining three Defendants.

On October 12, 2012, the service documents were returned unexecuted as to CMS.  A review of the docket indicates service remains incomplete for CMS.  This case was referred to the Undersigned for all pretrial matters on February 5, 2015, pursuant 28 U.S.C. § 636(b)(1)(a) and (b).  (DE 12.)

## II.   Service on Correctional Medical Services/Corizon

In his Complaint, Plaintiff names both CMS and CMS, Inc. as Defendants. These appear to be the same entity, which is now known as Corizon.  In 2011, CMS merged with PHS Correctional Healthcare to create Corizon.  *See, e.g., Corizon Launches from Correctional Healthcare Merger*, http://www.corizonhealth.com/Corizon-News/Corizon-Launches-From-Correctional-Healthcare-Merger1 (last visited Mar. 19, 2015); *see also Grabow v. Cnty. of Macomb*, No. 12-cv-10105, 2013 WL 3354505, at *1 n.1 (E.D. Mich. July 13, 2013) (noting that Corizon was formerly named Correctional Medical Services and treating the entities as one throughout the opinion).  The Court will construe Plaintiff's claims against CMS/CMS, Inc. as against Corizon.

---

[1] Plaintiff's claims against Mark Snyder were dismissed on March 18, 2015.  (DE 14.)  The service issues related to George Kuzma will be addressed in a separate Order.

2

Plaintiff provides two addresses at which to serve CMS/Corizon. The first is 3496 Lake Lansing Rd., Ste. 100, East Lansing, Michigan, 48223. The second is 12657 Olive Blvd., St. Louis, Missouri, 63141. The U.S. Marshals Service's attempts at service at those addresses, however, were returned unexecuted.

Plaintiff is therefore **ORDERED** to provide the Court with the correct address for CMS/Corizon so that service can again be attempted. Plaintiff is to provide the information to the Court in writing **ON OR BEFORE APRIL 9, 2015.** Failure to provide this information could result in a Report and Recommendation that Plaintiff's claims against CMS/Corizon be dismissed for failure to effect service under Federal Rule of Civil Procedure 4(m). Thereafter, the U.S. Marshals Service **SHALL** re-attempt service of the summons and Complaint upon this Defendant in the address provided by Plaintiff.

**IT IS SO ORDERED.**


Dated: March 24, 2015                s/Anthony P. Patti
                                     Anthony P. Patti
                                     UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was sent to parties of record on March 24, 2015, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti
(313) 234-5200
