UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KARLOS CARMICHAEL, | Case No. 12-cv-13594 |
| Plaintiff, | |
| | UNITED STATES DISTRICT COURT JUDGE |
| | GERSHWIN A. DRAIN |
| v. | |
| | UNITED STATES MAGISTRATE JUDGE |
| CORRECTIONAL MEDICAL SERVICES ET AL., | ANTHONY P. PATTI |
| Defendants. | |
_____/

### ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL [31]

On May 4, 2018, Plaintiff Karlos Carmichael filed a Motion for Appointment of Counsel. Dkt. No. 31. In an Opinion and Order dated January 4, 2016, however, the Court granted the Defendants' Motion to Dismiss. *See* Dkt. No. 28. And in accordance with that Opinion and Order, a Judgment in favor of the Defendants was entered on January 4, 2016. *See* Dkt. No. 29. This case, therefore, is closed.

Accordingly, the Court will DENY Plaintiff's Motion for Appointment of Counsel [31].

IT IS SO ORDERED.

Dated:  May 11, 2018                     /s/Gershwin A. Drain
                                         GERSHWIN A. DRAIN
                                         United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 11, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk